**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 2, 2013 | Probation: | Katrina Devine |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No:  **12-cr-00408-WYD**        Counsel:

UNITED STATES OF AMERICA,        Beth N. Gibson

              Plaintiff,

v.

**1. MANUEL ZAZUETA-OCHOA**,        Virginia L. Grady

              Defendant.

**SENTENCING**

**10:01 a.m.**    Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Wednesday, February 13, 2013, at 11:00 a.m.**
> **Plea of Guilty - Count Three of Indictment.**

          APPEARANCES OF COUNSEL.

          Interpreter sworn (Spanish).

          Court's opening remarks.

10:02 a.m.    Statement on behalf of Government (Ms. Gibson).

10:03 a.m.    Statement on behalf of Probation (Ms. Devine).

10:04 a.m.    Statement on behalf of Defendant (Ms. Grady).

10:04 a.m.        Statement by Defendant on his own behalf (Mr. Zazueta-Ochoa).

                  Court makes findings.

**ORDERED:**     Joint Motion for One Level Variance [ECF Doc. No. 19], filed April 17, 2013, is **GRANTED.**

**ORDERED:**     Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **1** year.

**ORDERED:**     **Conditions** of **Supervised Release** are:

   (X)      If not deported, within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released.

   (X)      Defendant shall not commit another federal, state or local crime.

   (X)      Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)      Defendant shall comply with standard conditions adopted by the Court.

   (X)      Defendant shall not unlawfully possess a controlled substance.

   (X)      The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.

   (X)      The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**     **Special Condition(s)** of **Supervised Release** are:

   (X)      If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**     **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Count 1 and Count 2 (ECF Doc. No. 22), filed May 2, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:09 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :08**